**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 15 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICK P. SMITH,<br><br>　　　　Plaintiff - Appellant,<br>　v.<br><br>A. PERRY, Deputy, #71794; et al.,<br><br>　　　　Defendants - Appellees. | No. 07-17276<br><br>D.C. No. CV-07-04440-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the November 30, 2007 notice of appeal was not filed or delivered to prison officials within 30 days from entry of the September 18, 2007 judgment. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

PROSE

```
INTERNAL USE ONLY: Proceedings include all events.
07-17276 Smith v. Perry, et al

RICK P. SMITH                        Rick P. Smith
     Plaintiff - Appellant           T-98778
                                     [NTC prs]
                                     SQSP - SAN QUENTIN STATE PRISON
                                     Inmate Mail
                                     San Quentin, CA 94974


   v.

A. PERRY, Deputy, #71794             No appearance
     Defendant - Appellee            no appearance
                                     Street Address
                                     City,
                                     Country

HUTTON, #70473                       No appearance
     Defendant - Appellee            (See above)

GRIGGS, #68551                       No appearance
     Defendant - Appellee            (See above)

FOREMAN, #68550                      No appearance
     Defendant - Appellee            (See above)
```