UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| RICK P. SMITH, | No. 07-17276 |
|---|---|
| Plaintiff - Appellant | D.C. No. CV-07-04440-WHA |
| v. | |
| A. PERRY, #71794; HUTTON, #70473; GRIGGS, #68551; FOREMAN, #68550, | **MANDATE** |
| Defendants - Appellees | |

The judgment of this Court, entered 2/15/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk