**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 28, 2008

CASE NUMBER: **CV 07-04440 WHA**
CASE TITLE: **RICKY PAUL SMITH -v- A. PERRY**
DATE MANDATE FILED: 04/02/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Susan Imbriani
Case Systems Administrator

Distribution:   CIVIL     -   Counsel of Record

CRIMINAL  -   Counsel of Record
              U.S. Marshal (Copy of Mandate)
              U.S. Probation Office

NDC App-16